AE

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: William Vazquez
(Please print)

STREET ADDRESS: 100 North Mason Street #302

CITY/STATE/ZIP: Bensenville, IL 60106

PHONE NUMBER: 630.319.4181

CASE NUMBER 07CV6679
JUDGE CASTILLO
MAG. JUDGE KEYS

William [Signature]    28th Nov; 2007
Signature   Date

FILED
NOV 28 2007
nov 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT