## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 12/14/2007 |
| **CASE TITLE** | William Vazquez vs. Village of Bensenville, et al. | | |

**DOCKET ENTRY TEXT**

After careful review, plaintiff's application to proceed in forma pauperis [4] is granted. Plaintiff should proceed with service on the named defendants. If plaintiff can not retain counsel, he should file a motion for this Court to consider appointing counsel. The Court will hold a status hearing in open court on 2/7/2008 at 9:15 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:07-cv-06679   Document 5   Filed 12/14/2007   Page 1 of 1

07C6679 William Vazquez vs. Village of Bensenville, et al.                                                                 Page 1 of 1