U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number: 07 C 6679

WILLIAM VAZQUEZ v. VILLAGE OF
BENSENVILLE and COUNTY OF DUPAGE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, VILLAGE OF BENSENVILLE

| NAME (Type or print) |
| --- |
| ROBERT W. FUNK |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Robert W. Funk |
| FIRM |
| Schirott & Luetkehans, P.C. |
| STREET ADDRESS |
| 105 E. Irving Park Road |
| CITY/STATE/ZIP |
| Itasca, IL 60143 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06237110 | (630) 773-8500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |