**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6679

WILLIAM VAZQUEZ v. VILLAGE OF
BENSENVILLE and COUNTY OF DUPAGE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, VILLAGE OF BENSENVILLE

| | |
|---|---|
| NAME (Type or print) <br> BRIAN J. ARMSTRONG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Brian J. Armstrong | |
| FIRM <br> Schirott & Luetkehans, P.C. | |
| STREET ADDRESS <br> 105 E. Irving Park Road | |
| CITY/STATE/ZIP <br> Itasca, IL 60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06236639 | TELEPHONE NUMBER <br> (630) 773-8500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |