IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Vazquez, | ) | |
| | ) | |
| Pro Se Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   07 CV 6679 |
| | ) | |
| Village of Bensenville and | ) | Judge Castillo |
| County of DuPage, | ) | |
| | ) | Mag. Judge Keys |
| Defendants. | ) | |

### DEFENDANT'S, VILLAGE OF BENSENVILLE, MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, VILLAGE OF BENSENVILLE (the "Village"), by and through one of its attorneys, Phillip A. Luetkehans of Schirott & Luetkehans, P.C., and moves this Honorable Court for entry of an order granting Defendant an additional twenty-one (21) days in which to answer or otherwise plead to Plaintiff's complaint.

In support of said Motion, the Village states the following unto this Honorable Court:

1. On December 19, 2007, Plaintiff was granted leave to file his six count civil rights complaint against the Village and the County of DuPage.

2. The Village first received Plaintiff's complaint on December 31, 2007.

3. Pursuant to the Federal Rules of Civil Procedure, the Village's responsive pleading is due to be filed on January 22, 2008.

4. Due to vacations and holiday schedules, the Village's attorney did not receive Plaintiff's Complaint until January 9, 2008.

5. Since receiving Plaintiff's complaint, the Village's attorney has been delayed in filing its responsive pleadings in order to properly investigate the allegations and numerous legal

issues raised in Plaintiff's complaint so as to determine the appropriate response to Plaintiff's complaint.

6.  The delay in responding to Plaintiff's complaint is in no way designed to prejudice or inconvenience any party to this action.

7.  No harm or prejudice will inure to any party to this action as the result of the granting of this motion.

WHEREFORE, the Defendant, VILLAGE OF BENSENVILLE, prays this Honorable Court will grant its motion for an additional twenty-one (21) days enlargement of time in which to answer or otherwise plead.

/s/----------Phillip A. Luetkehans-----------------
One of the Attorneys for Defendant
Village of Bensenville

E-filed: January 21, 2008

Phillip A. Luetkehans, #6198315
Robert W. Funk, #6237110
Brian J. Armstrong, #06236639
SCHIROTT & LUETKEHANS, P.C.
105 East Irving Park Rd.
Itasca, IL 60143
630-773-8500