# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 1/29/2008 |
| **CASE TITLE** | William Vazquez vs. Village of Bensenville, et al. | | |

**DOCKET ENTRY TEXT**

The status hearing set for 2/7/2008 will begin at 9:00 a.m. Motion hearing held on 1/29/2008. Plaintiff's oral motion for default is granted. The Court hereby enters a default against defendants Village of Bensenville and County of DuPage for failure to timely appear, answer or otherwise plead. Defendant Village of Bensenville's motion for extension of time to answer [11] is denied for failure to appear.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|