IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Vazquez, | ) | |
| | ) | |
| Pro Se Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   07 CV 6679 |
| | ) | |
| Village of Bensenville and | ) | Judge Castillo |
| County of DuPage, | ) | |
| | ) | Mag. Judge Keys |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   William Vazquez, 100 N. Mason Street, #302, Bensenville, IL  60106

**PLEASE TAKE NOTICE** that on the 7th day of February, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 of the Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present Defendant's, Village of Bensenville, Motion to Set Aside Default, at which time you may appear if you so see fit to do.

A copy of said motion is attached hereto and herewith served upon you.

/s/----------Phillip A. Luetkehans-----------------
One of the Attorneys for Defendant
Village of Bensenville

E-filed:  January 31, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2008, I electronically filed the foregoing Defendant's, Village of Bensenville, Notice of Motion with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that I mailed by U.S. Postal Service the document(s) to the following non-registered attorneys and interested parties:

William Vazquez
100 North Mason Street, #302
Bensenville, IL  60106

/s/----Phillip A. Luetkehans----------------
One of the Attorneys for Defendant,
Village of Bensenville

E-filed:  January 31, 2008

Phillip A. Luetkehans, 6198315
Robert W. Funk, 6237110
Brian J. Armstrong, 6236639
SCHIROTT & LUETKEHANS, P.C.
105 East Irving Park Rd.
Itasca, IL 60143
630-773-8500