

**FILED**
JAN 3 0 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 3 0 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Vázquez,<br>Plaintiff, | | No. 07 CV 6679 |
| v. | | Judge Castillo |
| Village of Bensenville,<br>County of DuPage, | | Mag. Judge Keys |
| Defendants. | | Jury Demand |

To:

Phillip A. Luetkehans, Attorney for
The Village of Bensenville
105 East Irving Park Road
Itasca, Illinois 60143

### NOTICE OF FILING

You are here by notified that on the ____30th_____ of January, 2008 The following documents were filed with the Clerk of the Court:

Sum Certain

With which you may see fit to do.

State of Illinois          }
                           }    SS
County of DuPage           }

**PROOF OF SERVICE**

I, William Vázquez, Pro-se, on oath state that I served a copy of the foregoing NOTICE, by mail a copy, with all postage paid  /  I served this notice by delivering a copy, to each person to whom it is directed, this

___30___ th day of __January_____, 2008.


_____
William Vázquez, Pro-se

William Vázquez, Pro-se
100 North Mason Street, #302
Bensenville, Illinois
60106
630.319.4181
wilv@sbcglobal.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Vázquez,<br>    Plaintiff, | No.   07 CV 6679 |
| v. | Judge Castillo |
| Village of Bensenville,<br>County of DuPage, | Mag. Judge Keys |
|     Defendants. | Jury Demand |

FILED
JAN 3 0 2008    NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
JAN 3 0 2008

### SUM CERTAIN

NOW COMES, William Vázquez, Pro-se, first being duly sworn, on oath deposes and states as follows:

1.) No answer has been received by the Plaintiff with-in the time fixed by the Federal Rule of Civil Procedures, Rule 12(a);
2.) Defendant, Village of Bensenville, motion this case up on 29 January, 2008 with a Motion To Enlargement of Time, then failed to appear for that hearing;
3.) Defendant is a government body which is neither an infant nor incompetent person;
4.) Defendant is not in the military service;
5.) I have reviewed the attached affidavit and find it true and correct.

I hereby do state that this statement is truthful. I would be willing to testify to said facts in a court of law.

_____

William Vázquez, Pro-se
100 North Mason Street, #302
Bensenville, Illinois
60106
630.319.4181
wilv@sbcglobal.net

Subscribed and sworn to before me this ...3.0TH... Day of ...JANUARY..., 2008
County of DuPage, State of Illinois.

Notary Public _____

"OFFICIAL SEAL"
KAREN E. BAXTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/23/2010

William Vázquez, Pro-se
100 North Mason Street, #302
Bensenville, Illinois
60106

# INVOICE

INVOICE #[100]
DATE: JANUARY 29, 2008

**FOR:**
Vazquez v. Village of Bensenville and County of DuPage
No. 07 CV 6679

| DESCRIPTION | AMOUNT |
|---|---|
| Loss of Income | 16,000 |
| Bail | 3,000 |
| Legal expenses | 3,000 |
| Lost vacation days 16 @ $220 per day | 3,520 |
| TOTAL | $25,520 |