UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

William Vazquez

                        Plaintiff,

v.                                         Case No.: 1:07–cv–06679
                                                                    Honorable Ruben Castillo

Village of Bensenville, et al.

                        Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Arlander Keys for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.


Dated: February 7, 2008

                                                                                           /s/ Ruben Castillo

                                                                             United States District Judge