UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

William Vázquez,         )
                         )
        Plaintiff        )  Case No. 07 CV 6679
                         )
v.                       )  Honorable Ruben Castillo
                         )
Village of Bensenville,  )  Magistrate Judge Arlander Keys
County of DuPage,        )
                         )
        Defendants.      )

### NOTICE OF MOTION

TO:  Mr. William Vázquez                Phillip A. Luetkehans
     100 North Mason Street, #302       Brian J. Armstrong
     Bensenville, IL 60106              Robert William Funk, II
                                        SCHIROTT & LUETKEHANS, P.C.
                                        105 East Irving Park Road
                                        Itasca, IL 60143

**YOU ARE HEREBY** notified that on the 27th day of February, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo in Courtroom No. 2141, or any other judge as may be holding court in his absence, in the courtroom usually occupied by him in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT, COUNTY OF DUPAGE'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE and DEFENDANT, COUNTY OF DUPAGE'S, MOTION TO SET ASIDE DEFAULT, at which time and place you may appear as you see fit to do.

JOSEPH E. BIRKETT                    By:  s/ Paul F. Bruckner
By: Paul F. Bruckner                      PAUL F. BRUCKNER
Attorney No. 50000                        Assistant State's Attorney
503 N. County Farm Road
Wheaton, Illinois 60187
(630)407-8200

**PROOF OF SERVICE**

The undersigned being first duly sworn upon oath states that:

On the 13th day of February, 2008, I served a copy of our NOTICE OF MOTION according to Fed.R.Civ.P. 5(a), by e-filing a copy to Phillip Luetkehans, Brian J. Armstrong and Robert W. Funk, III, and mailing a copy to William Vázquez and depositing the same in the U.S. Mail in Wheaton, Illinois with the proper postage prepaid.

s/PAUL F. BRUCKNER
Assistant State's Attorney