## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 2/27/2008 |
| **CASE TITLE** |  | William Vazquez vs. Village of Bensenville, et al. | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/27/2008. Defendant, County of DuPage's motion to set aside default [21] and Defendant, Village of Bensenville's motion to set aside default [14] are granted. The default entered against the defendants on 1/29/2008 is vacated. Defendant, County of DuPage's motion to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [20] is granted without prejudice. The Court hereby dismisses Plaintiff's complaint without prejudice. The status hearing set for 4/8/2008 at 9:00 a.m. will stand.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|