IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Vazquez, | ) | |
| | ) | |
| Pro Se Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.    07 CV 6679 |
| | ) | |
| Village of Bensenville and | ) | Judge Castillo |
| County of DuPage, | ) | |
| | ) | Mag. Judge Keys |
| Defendants. | ) | |

**DEFENDANT'S, VILLAGE OF BENSENVILLE, MOTION TO
STRIKE SETTLEMENT CONFERENCE**

NOW COMES the Defendant, VILLAGE OF BENSENVILLE (hereinafter the "Village"), by and through one of its attorneys, Phillip A. Luetkehans of Schirott & Luetkehans, P.C., and respectfully moves to strike the settlement conference set in this matter.

In support of this motion, the Village states the following unto this Honorable Court:

1.     On March 14, 2008, this Court set this matter for settlement conference on April 4, 2008 at 1:30 p.m.  The Court also ordered that the parties exchange written settlement offers on or before March 31, 2008.

2.     The Village's counsel recently found out that on March 14, 2008, the Plaintiff, WILLIAM VAZQUEZ, was found guilty by a jury in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois of contributing to the delinquency of a child and harboring a runaway in the case entitled *People of the State of Illinois v. Vazquez*, 05 CM 6830.  *See* Exhibits A and B, Jury Verdict Forms dated March 14, 2008.

3.      Further, it is counsel's understanding that the Court in that criminal matter revoked Mr. Vazquez's bond and took Mr. Vazquez in custody until his sentencing on April 22, 2008. *See* Exhibit C, Court Order dated March 14, 2008.

4.      Due to Mr. Vazquez's conviction on these charges, the Village is not interested in settling this matter with the Plaintiff and has not provided any settlement authorization.

5.      Further, it does not appear that Mr. Vazquez will be available for a settlement conference on April 4, 2008 due to his incarceration in the DuPage County Jail.

WHEREFORE, the Defendant, VILLAGE OF BENSENVILLE, respectfully requests that this Honorable Court strike the April 4, 2008 settlement conference and grant any other relief this Court deems equitable and just.

/s/----------Phillip A. Luetkehans------------------
One of the Attorneys for Defendant
Village of Bensenville

E-filed:  March 27, 2008

Phillip A. Luetkehans, #6198315
Robert W. Funk, #6237110
Brian J. Armstrong, #06236639
SCHIROTT & LUETKEHANS, P.C.
105 East Irving Park Rd.
Itasca, IL 60143
630-773-8500

**EXHIBIT A**

05 cm 6830

We, the jury, find the defendant William Vazquez guilty of Harboring a Runaway.

Michael Mitchell
Foreperson

David Walter

Emily Jones

Gloria Hofmann

Robert B. Weiss

237.

FILED
08 MAR 14 PH 1:29
CLERK OF THE
18TH JUDICIAL CIRCUIT
DU PAGE COUNTY, ILLINOIS

Judgment on the
verdict
3-14-08
11:40 Am

Judge



**EXHIBIT**

tabbies

A

**EXHIBIT B**

05 CM 6830

We, the jury, find the defendant William Vazquez guilty of Contributing to the Delinquency of a Child.

_Michael Mitchell_
Foreperson

_David Walter_

_Emily Jones_

_Gloria Hagmann_

_Robert B. Wein_

Judgment on
the verdict

3-14-8 11:40 am

Judge



**EXHIBIT**

B

**EXHIBIT C**

1

I 1400
M11640 2250
BLANK ORDER

1040 (REV 07/06)

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE |
|---|---|---|
| | IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT | |

PEOPLE OF THE STATE OF ILLINOIS

vs

William Vazquez

05 CM 6 888
CASE NUMBER

FILED
08 MAR 14 PM 11:29
Chris Kachiroubas
CLERK OF THE
18TH JUDICIAL CIRCUIT
DU PAGE COUNTY, ILLINOIS
File Stamp Here

## ORDER

This cause coming before the Court; the Court being fully advised in the premises, and having jurisdiction of the subject matter:

IT IS HEREBY ORDERED: That the defendant's bond is revoked. Sentencing is 4/22/8 C 8:30 am. The defendant will be taken into custody instanter.

Name: _____

DuPage Attorney Number: 50059

Attorney for: SA

Address: _____

City/State/Zip: _____

Telephone Number: _____

JUDGE

3/14/8

**EXHIBIT**

tabbies

C

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEN