UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

William Vazquez
                            Plaintiff,

v.                                                       Case No.: 1:07–cv–06679
                                                      Honorable Ruben Castillo

Village of Bensenville, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Arlander Keys:Counsel for Defendant only appeared on Defendant Village of Bensenvilles Motion to strike Settlement Conference. The motion is granted for the reasons stated on the record. The settlement conference set before this Court for 4/4/08 is hereby stricken. All matters relating to the referral of this action having been resovled, the case is returned to the assigned judge. Judge Honorable Arlander Keys no longer referred to the case.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.