IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Vazquez, | ) | |
| | ) | |
| Pro Se Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   07 CV 6679 |
| | ) | |
| Village of Bensenville and | ) | Judge Castillo |
| County of DuPage, | ) | |
| | ) | Mag. Judge Keys |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Counsel of record

**PLEASE TAKE NOTICE** that on the 21st day of April, 2008 we e-filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, Defendant's, VILLAGE OF BENSENVILLE, Answer and Affirmative Defenses to Amended Complaint.

A copy of said pleading is attached hereto and herewith served upon you.


/s/----------Phillip A. Luetkehans------------------
One of the Attorneys for Defendant,
VILLAGE OF BENSENVILLE

E-filed:  April 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2008 I electronically filed the foregoing Notice of Filing and Defendant's, VILLAGE OF BENSENVILLE, Answer and Affirmative Defenses to Amended Complaint with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division using the CM/ECF system which will send notification of such filing to the following:

wilv@sbcglobal.net
paul.bruckner@dupageco.org
Thomas.Downing@dupageco.org
sao.civil.e-filing@dupageco.org

and I hereby certify that I mailed by U.S. Postal Service the document(s) to the following non-registered attorneys and interested parties:

William Vazquez
100 N. Mason Street, #302
Bensenville, IL 60106

William Vazquez, #71419
DuPage - DCJ
P.O. Box 957
Wheaton, IL 60187

/s/-----------Phillip A. Luetkehans-----------------
One of the Attorneys for Defendant,
VILLAGE OF BENSENVILLE

E-filed: April 21, 2008

Phillip A. Luetkehans, 6198315
Robert W. Funk, 6237110
Brian J. Armstrong, 6236639
SCHIROTT & LUETKEHANS, P.C.
105 East Irving Park Rd.
Itasca, IL 60143
630-773-8500