# United States Court of Appeals

For The Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

07cv6679

4/24/08

Dear Appeals Deputy,

I am enclosing a notice of appeal that was received by this court. I am enclosing this document for proper filing with your court. Please file the notice of appeal using our recieved stamp date pursuant to F.R.A.P. 4(d). Please make up and send us a short record in this case.

If you have already received this notice of appeal please disregard this document.

Sincerely,

Pro Se Clerk

FILED

April 10, 2008

APR 14 2008
APR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: 07C6679

Clerk of the Appeals Court
7th Circuit Court of Appeals
219 So. Dearborn Street
Chicago, IL 60604

## EMERGENCY APPEAL OF DENIAL OF WRIT OF HABEOUS CORPUS

On April 2, 2008, Judge Ruben Castillo, formally denied Plaintiff's petition for a writ of Habeous Corpus, in the U.S. District Court, Northern Illinois, case #07C6679. This letter is a formal appeal of said decision by honorable Judge Castillo.

Case #07C6679 is based on the Village of Bensenville using the color of law to deny basic constitutional rights to this pro-se Plaintiff. State of Illinois, County of DuPage case #2005CM6830 was one of the nine listed cases in #07C6679.

(next page)

Appeal Page 2

A fair trial in 2005CM6830 was denied to this pro-se Plaintiff as retribution for actions in #07C6679 and further punishment and injury was inflicted on Plaintiff by a punitive state court Judge. That state court Judge on a mistorminor conviction revoked Plaintiff $100.00 bond and has placed Plaintiff in to custody until at least April 22, 2008 from March 15, 2008. This was Plaintiff's 1st conviction ever. This and other errors listed in attached letter dated 27th March, 2008 raises questions of fairness and retaliation in 2005CM6830 ~~because of 07C679~~

The District Court errored by denying Plaintiff's petition without even a hearing. Plaintiff respectfully request this appeals court to protect its process and integrity in 07C6679 and direct the district court to conduct a full hearing in this matter.

William [signature]

William Vazquez, pro-se

27 March, 2008

Honorable Ruben Castillo
Honorable Arlander Keys
219 South Dearborne Street
Chicago, illinois

Gentlemen,.

RE:07-CV-6679

I am currently incarcerated in the DuPage County Jail, Wheaton, I
Illinois.
On February 27, 2008 in response to a motion to dismiss from the
County of DuPage, Judge Castillo granted said motion for both the
Village of Bensenville and County of DuPage, I believe.Honorable
Judge Castillo granted Plaintiff 30 daysto file an amended compl-
aint. An editedone countamended complaint should have been filed
on March 28, 2008. 07CV6679is based on use of the color of law
to supress constitutional protected activity by the Village of
Bensenville. In 2005-2006 the Village of Bensenville has brought
9 seperate criminal charges against this pro-se Plaintiff.
On march 10,2008 a jury trial was started for DuPage case #2005CM
6830. A verdict against this pro-se defendantwas entered on 15th
March, 2008.and his $100 bond was revoked. William Vazquez was
placed in to custody until sentensing on April 22,2008. William
Vazquez has NO previous criminal convictions. This trail was not
fair since the prosecution witnesses were allowed to discuss
their testimony, in direct violation of that court's instructions
since witnesses were excluded.
When William Vazquez was leaving court on March 11th he found and
heard all three prosecution witnesses discussing thier
testimony this that case while in the court room hall way.
On March 12 2 of the Three witnesses were question by the judge a
and denied even being in close proxsimity to each other. Mr.
Vazquezrequested a review of video from said court room hall way
to refute at least part of thier testimony. The judge denied
that request and denied a mistrial request by its own motion.
This togetherwith a hostof cummalative.errors - such as denial of
Change of venue,denial of chaNGE OF JUDGE;a hearing on disparit
impact but denial of discovery for said hearing; and finally Mr.
Vazquez Being arrestedin the court room on charges which later
were dismissed in a directed verdict, that arrest was in the pre-
sense of the current trial judge - all of these listed errors and
others not listed amounted to denial of a fiar trial to pro-se Mr
Vazquez.

For the reasons listed above Mr. Vazquez filed a petition for

Page 2

Habeous Corpus with Judge Castillo on or about 17 March, 2008. The status of which is unknow.

Gentlemen I believe the Settlement Conference set for 4/4/2008 should be stricken.  I need your help in the situation I am currently in.  Again the Village of Bensenville is using the color of law to stop constitutionally protected activity.

My pray is that someone review that video and see at least the witnesses lied to that court aboutnot being in close proxsimity.

William Vazquez, 71419
501   North County Farm Road
Wheaton, Illinois 60187

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 4/2/2008 |
| **CASE TITLE** | William Vazquez vs. Village of Bensenville, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 4/22/2008 is vacated. The Court has received a letter from plaintiff which indicated he has been convicted and will remain incarcerated. The Court recommends that Judge Keys strike his scheduled settlement conference on 4/4/2008. Any amended complaint in this case will be due on or before 6/6/2008. If plaintiff desires court-appointed counsel he should file such a motion which details his current financial status. Plaintiff's request for a petition for habeas corpus is denied.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

April 10, 2008

RE: 07C 6679

Clerk of the Court
7th Circuit Court of Appeals
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Appeals Court,

I am currently incarcerated in the DuPage County Jail, Wheaton, Illinois. I am filing this, EMERGENCY APPEAL, pro-se. Could you please help me. I need this filed A.S.A.P. Also could you please perform the following:

1.) Stamp, Filed, on this Appeal and return a copy to me;
2.) ~~make a copy for the appeals court~~ District Judge, clerk, attorney's for the defense and myself;
3.) Set date, if nessary, for appearance(s) for A.S.A.P.
4.) Any other thing(s) I might ~~not~~ missed

Thanks

William VAZQUEZ
will-N

U.S.C.A.—7th Circuit
RECEIVED
APR 14 2008 EF
GINO J. AGNELLO
CLERK