MAW

4th May, 2008

M. W. Dobbins, clerk
U.S. District Court
219 South Dearborn St.
Chicago, IL 60604

**FILED**

MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Appeals Court # 08-2040
U.S. District # 07C6679

Greetings,

I am incarcerated and pro-se for an appeal. I need the record of Appeal compiled for the above captioned case. I have requested the court reporter to compile transcripts for the date of order which is under appeal, 2nd April, 2008. I have asked her to forward the transcript to your office as part of the official record, please correct me if this is not the proceedure. Thanks for any help on this case you can provide. Please include subpoena issued in this case as part of the record. Please write me if I have forgotten anything else. Many Thanks!!

William, pro-se
P.O. Box 957
Wheaton, IL 60187

William Vázquez, 71419