## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 5/13/2008 |
| **CASE TITLE** |  | William Vazquez vs. Village of Bensenville, et al. | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to appoint counsel is granted. Steven E. Cyranoski, of Michael Best & Friedrich LLP, 180 North Stetson Avenue, Suite 2000, Chicago, IL 60601, (312) 596-5805 is hereby appointed to represent the plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|