

April 22, 2008

RE: 07C6679

Ruben Castillo, Judge
U.S. District Courthouse
219 South Dearborn St
Chicago, IL 60604

Sir,

Please consider this letter a motion to appoint counsel in the above titled case. Since I am still incarcerated until mid September, 2008 and I am pro-se, the combination of these two items have lead me to ask for help. In addition it seems some of my mail addressed to this court is not making it to you.

Thanks for your help on this matter.

William J, pro-se
William Vazquez, pro-se
P.O. Box 957
Wheaton, IL 60187