UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

William Vazquez
          Plaintiff,

v.                 Case No.: 1:07–cv–06679
                 Honorable Ruben Castillo

Village of Bensenville, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

  MINUTE entry before Judge Honorable Ruben Castillo:Plaintiff's appointed counsel's oral motion for clarification is granted. Steven Cyranoski was appointed by this Court to represent plaintiff in the underlying civil rights action. Mr. Cyranoski is not appointed to represent the plaintiff in the appellate court in regards to his request for a petition for habeas corpus.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.