United States Court of Appeals
for the Seventh Circuit

OW

| William Vazquez | CASE # 08-2040 |
| Plaintiff-Appellant | |
| v. | Appeal from U.S. Dist Court for |
| Village of Bensenville | the Northern Dist of Ill; Eastern |
| Defendant-Appellee | Division. |
| | Dist Court # 07CV6679 |
| | Dist Court Judge Ruben Castillo |

U.S.C.A. – 7th Circuit
FILED
MAY 14 2008   DDS
GINO J. AGNELLO
CLERK

FILED
MAY 14 2008 YM
May 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion For Permission to Appeal in Forma Pauperis

Now Comes, William Vazquez, Plaintiff-Appellant, pro-se, application for permission to Appeal in Forma Pauperis. In Support of this I hereby state:

1. My income for 2008 should be less than current proventy level as established by U.S. Dept of Health + Human Services;

2. Dist Court #07CV6679 has allowed me to proceed Forma Pauperis;

3. State of Illinois, County of DuPage, case #2005CM6830 found me to be indigent as of 22nd April, 2008.

For these reasons Plaintiff-Appellant prays this Court allows me to proceed Forma Pauperis.

William Vazquez, pro-se
100 North Mason, #302
Bensenville, IL 60106
630.319.4181

William Vazquez  pro-se
Plaintiff-Appellant

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

William Vazquez
Plaintiff-Appellant

v.   Case No. 08-2040

Village of Bensenville
Defendant-Appellee

) Appeal from the United States District Court for the
) Northern District of Illinois, Eastern Div.
)
) District Court No. 1:07 CV 06679
)
) District Court Judge Ruben Castillo
)

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: William V.

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 14 May 2008

My issues on appeal are: District Court erred by denying plaintiff's petition for Habeas Corpus without hearing. Plaintiff is suffering disparet treatment and retaliation from defendant, defendant's actions, agents/ servants.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $48,000 | $N/A | $0 | $N/A |
| Self-employment | $0 | $N/A | $0 | $N/A |
| Income from real property (such as rental income) | $0 | $N/A | $0 | $N/A |
| Interest and dividends | $0 | $N/A | $0 | $N/A |
| Gifts | $0 | $N/A | $0 | $N/A |
| Alimony | $0 | $N/A | $0 | $N/A |
| Child support | $0 | $N/A | $0 | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $N/A | $0 | $N/A |
| Disability (such as social security, insurance payments) | $0 | $N/A | $0 | $N/A |
| Unemployment payments | $0 | $N/A | $0 | $N/A |
| Public-assistance (such as welfare) | $0 | $N/A | $0 | $N/A |
| Other (specify): | $0 | $N/A | $0 | $N/A |
| Total monthly income: | $48,000 | $N/A | $0 | $N/A |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| checkFree | 131 So. LaSalle, Chi, IL | 3/2004 - 3/2008 | 6,000.— |
| Motorola | Schaumburg, IL | 10/2003 - 2/2004 | 4,000.— |
| Abraxo | Rosemont, IL | 2/2003 - 11/2003 | 2,000.— |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| D-N-A | | | |
| D-N-A | | | |
| D-N-A | | | |

4. How much cash do you and your spouse have? $ 100.—
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Washington Mutual | checking | 40.— | D-N-A |
| None | | | |
| None | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) ≤500.— |
|---|---|---|
| -38,000 | None | Make & year: 1998 Dodge dakota |
| None | — | Model: Dakota |
| None | — | Registration # unknown at this time |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: D-N-A | D-N-A | D-N-A |
| Model: D-N-A | D-N-A | D-N-A |
| Registration # D-N-A | D-N-A | D-N-A |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | — | — |
| None | — | — |
| None | — | — |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | — | — |
| None | — | — |
| None | — | — |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [✕] Yes [ ] No  Is property insurance included? [ ] Yes [✕] No | $1,400.— | $ D-N-A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 200.— | $ D-N-A |
| Home maintenance (repairs and upkeep) | $ 100.— | $ D-N-A |
| Food | $ 500.— | $ D-N-A |
| Clothing | $ 100.— | $ D-N-A |
| Laundry and dry-cleaning | $ 100.— | $ D-N-A |
| Medical and dental expenses | $ 100.— | $ D-N-A |
| Transportation (not including motor vehicle expenses | $ 200.— | $ D-N-A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100. | $ D-N-A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 100.— | $ D-N-A |

3

| | | |
|---|---|---|
| Life | $ 0 | $ D-N-A |
| Health | $ 0 | $ D-N-A |
| Motor vehicle | $ 0 | $ D-N-A |
| Other: _____ | $ 0 | $ D-N-A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ D-N-A |
| Installment payments | $ 0 | $ D-N-A |
| Motor Vehicle | $ 0 | $ D-N-A |
| Credit card (name): _____ | $ 0 | $ D-N-A |
| Department store (name): _____ | $ 0 | $ D-N-A |
| Other: 401(k) loan | $ 60. | $ D-N-A |
| Alimony, maintenance, and support paid to others | $ 0 | $ D-N-A |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ D-N-A |
| Other (specify): _____ | $ 0 | $ D-N-A |
| Total monthly expenses: | $ 2960 | $ D-N-A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[X] Yes [ ] No   If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No   If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____D-N-A_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____D-N-A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.

_____

_____

_____

Your daytime phone number: (___) _____

Your age:_____ Your years of schooling:_____

Your social-security number: _____

5

William VAZQUEZ, Plaintiff-Appellant
08-2040
Suppliment to Affidavit Forma Pauperis
Question #9.

#9.

Due to my current incarceration I have lost my job. I was living off of savings but that has run out. I was incarcerated on 14th March, 2008 with an expected release date of 10th June, 2008. My total monthly expenses was listed on question #8 as $2960. I will be able to reduce that a bit but not by more than 30% of $2960. I do not see myself becoming employed during 2008 based on previous job search history and the current resession. I expect income for 2008 to be below the proverty line.

DUPAGE COUNTY JAIL
INMATE REQUEST/GRIEVANCE FORM

FORM:SO-00422
REVISED:02/06

PRINT NAME: William Vazquez
DOCKET NUMBER: 71419
DATE: 4-23-2008
HOUSING LOCATION: D/L #2 POD T CELL 04 B

CHECK ONLY ONE ITEM PER SLIP

**LEGAL**
- [ ] PUBLIC DEFENDER
- [ ] PROBATION
- CASE # _____
- COURT ROOM # _____

**ADMINISTRATIVE SERVICES**
- [ ] SEE WATCH SUPERVISOR
- [ ] LAW LIBRARY
- [ ] OUTDATE/WARRANT CHECK
- [ ] HAIRCUT
- [ ] LETTER OF INCARCERATION REQUEST
- [ ] GRIEVANCE
- [x] COMMISSARY AUDIT
- [ ] TRUSTY WORK REQUEST
- [ ] OTHER _____

**JUST of DUPAGE SOCIAL/EDUCATIONAL SERVICES**
- [ ] ALCOHOLICS ANONYMOUS
- [ ] NARCOTICS ANONYMOUS
- [ ] ADDICTION EDUCATION/12 STEP
- [ ] AL-ANON (FEMALE ONLY)
- [ ] SUBSTANCE ABUSE COUNSELING
- [ ] DOCE PASOS DE VICTORIA
- [ ] ONE ON ONE COUNSELING
- [ ] RELAPSE PREVENTION/HEALING ADDICTIONS
- [ ] "TO COURT" LETTER (REQUEST OF ACTIVITIES ATTENDED)
- [ ] JOB READINESS
- [ ] GED
- [ ] BASIC COMPUTER TRAINING
- [ ] ANGER MANAGEMENT
- [ ] BOOK CLUB (FEMALE ONLY)
- [ ] PARENTING (FEMALE ONLY)
- [ ] TELEPHONE REQUEST

**JUST of DUPAGE RELIGIOUS SERVICES**
- [ ] CATHOLIC WORSHIP
- [ ] MUSLIM WORSHIP
- [ ] CHRISTIAN WORSHIP/BIBLE STUDY
- [ ] CHAPLAIN, JUST of DUPAGE
- [ ] SCRIPTURE REQUEST (TYPE) _____
- [ ] ESTUDIO DE LA BIBLIA EN ESPANOL
- [ ] BIBLE STUDY CORRESPONDENCE COURSE

**JAIL CHAPLAIN SERVICES**
- [ ] DEACON ANDREW, CHAPLAIN
- [ ] FATHER GREG, ASS'T. CHAPLAIN

**DUPAGE COUNTY HEALTH DEPARTMENT**
- [ ] HEALTH EMPOWERMENT (FEMALES ONLY)
- [ ] OTHER _____

DESCRIBE (Use Reverse Side If More Space Is Needed)
_____
_____
_____
_____

# DUPAGE COUNTY SHERIFF
## Trust Accounting: Inmate Account Statement

April 25, 2008

ODCCROTRTOEPI517

Begin Date: 03/14/2008
End Date: 04/25/2008

Offender: VAZQUEZ, WILLIAM
ID: 00071419
SID: IL19542570
Housing: DPCJ, A BLDG, SECOND FLOOR, T-POD, 2-T-04B
FBI ID: 971235P8
SSN: 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

110 CASH

| TransDate | Transaction | Amount | Balance | Check No | Payee | Comments |
|---|---|---|---|---|---|---|
| 03/14/2008 | STARTING BALANCE | | 7.45 | | | |
| 03/17/2008 | CASH | 71.00 | 78.45 | | | |
| 03/17/2008 | TB/TP | (0.75) | 77.70 | | | |
| 03/19/2008 | PC 944346632269-492 | (10.00) | 67.70 | | | |
| 03/20/2008 | COMMISSARY | (19.95) | 47.75 | | | |
| 03/24/2008 | PC 319134959792-180 | (20.00) | 27.75 | | | |
| 03/27/2008 | COMMISSARY | (14.65) | 13.10 | | | |
| 03/28/2008 | DIDNT RECV COMM/CREDIT | 3.00 | 16.10 | | | |
| 04/03/2008 | COMMISSARY | (12.65) | 3.45 | | | |
| 04/10/2008 | NAPERVILLE | 75.00 | 78.45 | | | |
| 04/10/2008 | COMMISSARY | (32.50) | 45.95 | | | |
| 04/14/2008 | PC 279652229486-192 | (10.00) | 35.95 | | | |
| 04/17/2008 | COMMISSARY | (24.15) | 11.80 | | | |
| 04/21/2008 | HAIRCUT | (10.00) | 1.80 | | | |
| | Ending Balance | | 1.80 | | | |

United States Court of Appeals
for the Seventh Circuit

William Vazquez
Plaintiff-Appellant

v

Village of Bensenville
Defendant-Appellee

Case # 08-2040

U.S.C.A. — 7th Circuit
RECEIVED
MAY 14 2008 COD
GINO J. AGNELLO
CLERK

Appeal from U.S. Dist. Court
for the Northern Dist of Ill.,
Eastern Division
Dist Court # 07CV6679
Dist Court Judge Ruben Castillo

## Notice of Mailing

TO: Schirott + Luetkehans, P.C.
Attorney for Village of Bensenville
105 East Irving Park Road
Itasca, Illinois 60143

You are hereby notified that on _____ I mailed the following to the 7th Circuit Court of Appeals: Notice of Appeal, Motion Forma Pauperis, Motion to Appoint counsel

### Proof of Service

On 5/12/2008, Kris William Vazquez on oath states that I served this notice by mailing a copy to each person listed and depositing the same in the U.S. mail at Chicago Illinois with proper postage prepaid.

William Vazquez, pro-se
100 North Mason St, #302
Bensenville, IL 60106
630.319.9181

William Vazquez, pro-se