## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 5/16/2008 |
| **CASE TITLE** | William Vazquez vs. Village of Bensenville, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff-appellant's motion to proceed in forma pauperis is denied because his appeal is frivolous and misguided. Plaintiff-appellant is apparently a pretrial detainee awaiting trial on pending local charges and has not been convicted or exhausted his state law remedies.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|