MHN

**CERTIFIED COPY**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604



Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

June 26, 2008

| | |
|---|---|
| No.: 08-2040 | WILLIAM VAZQUEZ,<br>Plaintiff - Appellant<br><br>v.<br><br>VILLAGE BENSENVILLE, COUNTY OF DUPAGE,<br>Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:07-cv-06679<br>Northern District of Illinois, Eastern Division<br>Court Reporter K. Fennell<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Ruben Castillo |

FILED  
JUN 27 2008  
6-27-2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the district court on . The pro se appellant was directed to file a brief memorandum on June 16, 2008 explaining why the appellant contends the district court's denial of the in forma pauperis motion is erroneous. The appellant has neither paid the $455.00 appellate fee nor filed the brief memorandum. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1977).

A True Copy  
Teste:  
_____  
Clerk of the United States  
Court of Appeals for the  
Seventh Circuit