

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

July 11, 2008

To:  Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

**FILED**

JUL 1 1 2008 RC
Jul 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2040 | WILLIAM VAZQUEZ, Plaintiff - Appellant  v.  VILLAGE BENSENVILLE, COUNTY OF DUPAGE, Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06679   07cv6679
Northern District of Illinois, Eastern Division
Court Reporter K. Fennell
Clerk/Agency Rep Michael Dobbins
District Judge Ruben Castillo

The mandate or agency closing letter in this cause issued on June 26th, 2008.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:          Entire record returned consisting

of



Pleadings: 1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                 **Received by:**

_____                    _____

form name: c7_Record_Return_toDC (form ID: 205)