IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Vazquez, | |
| Plaintiff, | No. 07–cv–6679 |
| v. | Judge Castillo |
| Village of Bensenville, | Magistrate Judge Keys |
| Defendant. | |

**Notice of Plaintiff's Motion For Leave to File His Second Amended Complaint**

TO:   Phillip A. Luetkehans, 6198315
Robert W. Funk, 6237110
Brian J. Armstrong, 6236639
SCHIROTT & LUETKEHANS, P.C.
105 East Irving Park Rd.
Itasca, IL 60143
630-773-8500

PLEASE TAKE NOTICE that at 9:45 a.m. on Wednesday, September 3, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Castillo, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois to present **Plaintiff's Motion For Leave to File His Second Amended Complaint**.

Dated:  August 26, 2008                                      Plaintiff William Vazquez


                                                             By:  *s/ Steven E. Cyranoski*

                                                             Steven E. Cyranoski (No. 6210247)
                                                                 secyranoski@michaelbest.com
                                                             David M. Caves (No. 6292531)
                                                                 dmcaves@michaelbest.com
                                                             MICHAEL BEST & FRIEDRICH LLP
                                                             Two Prudential Plaza
                                                             180 North Stetson Avenue, Suite 2000
                                                             Chicago, Illinois  60601
                                                             Telephone: 312–222–0800
                                                             Facsimile:  312–222–0818

## Certificate of Service

I, Steven E. Cyranoski, an attorney of record in this matter, certify that on August 26, 2008, I caused a copy of the following documents:

**Plaintiff's Motion For Leave to File His Second Amended Complaint**, and

**Notice of Plaintiff's Motion For Leave to File His Second Amended Complaint**

to be filed by electronic filing (ECF), which provides service for the following counsel of record by e-mail delivery:

>Phillip A. Luetkehans, 6198315
>Robert W. Funk, 6237110
>Brian J. Armstrong, 6236639
>SCHIROTT & LUETKEHANS, P.C.
>105 East Irving Park Rd.
>Itasca, IL 60143
>630-773-8500

>*s/ Steven E. Cyranoski*
>
>Steven E. Cyranoski (No. 6210247)
>    secyranoski@michaelbest.com
>David M. Caves (No. 6292531)
>    dmcaves@michaelbest.com
>MICHAEL BEST & FRIEDRICH LLP
>Two Prudential Plaza
>180 North Stetson Avenue, Suite 2000
>Chicago, Illinois  60601
>Telephone: 312–222–0800
>Facsimile:  312–222–0818