# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 9/3/2008 |
| **CASE TITLE** | William Vazquez vs. Village of Bensenville, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 9/3/2008.  Plaintiff's motion for leave to file his second amended complaint [55] is granted.  Status hearing reset to 10/7/2008 at 9:45 a.m.  All discovery to be completed on or before 1/30/2009.   Any dispositive motions are to be filed on or before 2/27/2009.  The parties are granted leave to proceed with all discovery.  Plaintiff is given 28 days to respond to any outstanding discovery.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|