# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6679 | **DATE** | 11/17/2009 |
| **CASE TITLE** | William Vazquez vs. Village of Bensenville, et al. | | |

**DOCKET ENTRY TEXT**

After careful review, this Court grants defendant's unopposed motion for summary judgment [99]. Plaintiff's case is hereby dismissed for want of prosecution.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | RO |
|---|---|---|